No. 71-1021. EMPLOYEES OF THE DEPARTMENT OF PUBLIC HEALTH AND WELFARE OF MISSOURI ET AL. *v.* DEPARTMENT OF PUBLIC HEALTH AND WELFARE OF MISSOURI ET AL. C. A. 8th Cir. [Certiorari granted, 405 U. S. 1016.] The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 71-1031. TONASKET *v.* WASHINGTON ET AL. Appeal from Sup. Ct. Wash. [Probable jurisdiction noted, 407 U. S. 908.] Motion of appellant for additional time for oral argument denied.

No. 71-1119. INDIANA EMPLOYMENT SECURITY DIVISION ET AL. *v.* BURNEY. Appeal from D. C. N. D. Ind. [Probable jurisdiction noted, 406 U. S. 956.] Motion of College-University Corporation of Indianapolis, Indiana, et al. for leave to file a brief as *amici curiae* granted. Motion of California Department of Human Resources Development for leave to argue orally as *amicus curiae* denied.

No. 71-1136. TILLMAN ET AL. *v.* WHEATON-HAVEN RECREATION ASSN., INC., ET AL. C. A. 4th Cir. [Certiorari granted, 406 U. S. 916.] Motion of Montgomery County, Maryland, for leave to participate in oral argument as *amicus curiae* denied.

No. 71-1192. GOLDSTEIN ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. [Certiorari granted, 406 U. S. 956.] Motion of Custom Recording Co., Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 72-434. BYRN, GUARDIAN *v.* NEW YORK CITY HEALTH & HOSPITALS CORP. ET AL. Appeal from Ct. App. N. Y. Motion of appellant to expedite consideration denied.